IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL STEPHEN WATTS | : | |
| | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | |
| v. | : | |
| | : | NO. 13-7369 |
| MORGAN STANLEY SMITH BARNEY, LLC, et al. | : | |
| | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this   13th day of May, 2014, upon consideration of Petitioner Carl Stephen Watts's Petition to Vacate Arbitration Award (Docket No. 1), Respondents Morgan Stanley Smith Barney, LLC, Steven Brettler, Richard Braitman, and James Nastasi's Response in Opposition and Cross-Petition to Confirm Arbitration Award (Docket No. 7), Petitioner's Reply in Support of the Petition to Vacate and Response in Opposition to Cross-Petition to Confirm (Docket No. 9), and Respondents' Sur-Reply in Opposition to the Petition to Vacate and Reply in Support of the Cross-Petition to Confirm (Docket No. 11), it is hereby **ORDERED** that:

1. Petitioner Carl Stephen Watts's Petition to Vacate Arbitration Award (Docket No. 1) is **DENIED**, and

2. Respondents Morgan Stanley Smith Barney, LLC, Steven Brettler, Richard Braitman, and James Nastasi's Cross-Petition to Confirm Arbitration Award (Docket No. 7) is **GRANTED**.

This case is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*S/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.